# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 24, 2022

## NO. 03-20-00465-CV

**Justin W. LaPree, Appellant**

**v.**

**Kelly M. LaPree, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the decree of divorce signed by the trial court on September 11, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's divorce decree. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.